IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAUREN ELIZABETH CLARK                                    PLAINTIFF

v.                      Case No. 3:18-cv-00178 JTK

NANCY BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not
reserved to the Commissioner of Social Security            DEFENDANT

## ORDER OF DISMISSAL

       Pursuant to Local Rule 5.5, the case is summarily dismissed for Plaintiff's failure to prosecute.

       SO ORDERED this 16th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE