IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAUREN ELIZABETH CLARK                                                 PLAINTIFF

v.                          Case No. 3:18-cv-00178 JTK

NANCY BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not
reserved to the Commissioner of Social Security                    DEFENDANT

## **JUDGMENT**

Pursuant to the Order of Dismissal entered on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 16th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE